IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―X

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* Mary Bixler Wood,

                Plaintiffs,

    vs.

Siemens Medical Solutions USA, Inc., *et al.*

                Defendants.

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―X

Clerk's Office
Filed Date: 12/14/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**FILED UNDER SEAL**

Civil Action No.
21-CV-1947

(Brodie, J.)
(Cho, M.J)

## ORDER

The United States and the States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that, 1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and

upon the States.  The United States and the States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

      5.  the parties shall serve all notices of appeal upon the United States and the States;

      6.  the parties shall ensure that all orders of this Court be sent to the United States;

      7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the States before ruling or granting its approval; and that

      8.  in accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

SO ORDERED:
s/ MKB 12/14/2021

_____
MARGO K. BRODIE
United States District Judge