**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* *ex rel.* MARY BIXLER WOOD,<br><br><br>Plaintiff,<br><br>v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., SIEMENS HEALTHCARE DIAGNOSTICS INC., and SIEMENS HEALTHCARE DIAGNOSTICS PRODUCTS GMBH,<br><br>Defendants. | No. 21-cv-1947 (MKB) (JRC)<br><br><br>Hon. Margo K. Brodie, U.S.D.J.<br><br><br>**SIEMENS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT WITH PREJUDICE** |

**Please take notice** that upon the accompanying Memorandum of Law and the

Declaration of Joshua A. Goldberg and attached supporting materials, Siemens Medical

Solutions USA, Inc. and Siemens Healthcare Diagnostics Inc. (collectively, "Siemens") move

this Court, at the United States District Court for the Eastern District of New York, located at

225 Cadman Plaza E, Brooklyn, NY 11201 for an order dismissing Plaintiff-Relator's Amended

Complaint with prejudice under Federal Rules of Civil Procedure 9(b) and 12(b)(6).

13754376

Dated: June 17, 2022
     New York, New York

                                 Respectfully submitted,

/s/ *Joshua A. Goldberg*
Joshua A. Goldberg
Lauren S. Potter
Jonathan H. Hatch

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel:    (212) 336-2000
Fax:    (212) 336-2222
jgoldberg@pbwt.com
lspotter@pbwt.com
jhatch@pbwt.com

*Attorneys for Siemens Medical Solutions USA, Inc.*
*and Siemens Healthcare Diagnostics Inc.*

To:

    Daniel J. Kaiser
    William H. Kaiser
    Kaiser Saurborn & Mair, P.C.
    30 Broad Street, 37th Floor
    New York, NY 10004

    Geoffrey R. Kaiser
    Kaiser Law Firm, PLLC
    926 RXR Plaza
    Uniondale, NY 11556-0926

    *Attorneys for Plaintiff-Relator Mary Bixler Wood*

13754376